BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-CV-01648-TLN-KJN |
|---|---|
| Plaintiff, | |
| v. | REQUEST AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT |
| REAL PROPERTY LOCATED AT 136 SCONCE WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 263-0327-002-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| REAL PROPERTY LOCATED AT 3723 IVY STREET, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 252-0111-007-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

The United States requests that the Court continue the deadline to file a Joint Status Report ("JSR") from December 19, 2014 to March 19, 2015.  For the reasons set forth below, there is good cause to continue the deadline to file a JSR.

## Introduction

On July 11, 2014, the United States filed a civil forfeiture complaint against the above-captioned real properties ("defendant properties") based on their alleged involvement in federal drug

law violations. All known potential claimants to the defendant currency were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on September 17, 2014, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed on October 17, 2014.

## Good Cause

The United States has provided notice to all potential claimants pursuant to law. Potential claimants Curtis Phillips and Michelle Davis Phillips have not filed a claim and the time to file a claim has expired.

Clerk's Defaults have been entered against Curtis Phillips and Michelle Davis Phillips and the United States has filed a motion for default judgment and final judgment of forfeiture against all potential claimants. Such filings, if/when granted, would terminate the case.

No other party has entered this case.

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report to March 19, 2015 (or to another date the Court deems appropriate).

Dated:  12/19/2014                           BENJAMIN B. WAGNER
                                             United States Attorney

                                     By:    /s/ Kevin C. Khasigian
                                             KEVIN C. KHASIGIAN
                                             Assistant U.S. Attorney

## ORDER

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on December 19, 2014 is extended to March 19, 2015.

**IT IS SO ORDERED.**

Dated:  December 23, 2014                    _____
                                             Troy L. Nunley
                                             United States District Judge