UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 136 SCONCE WAY, SACRAMENTO, CALIFORNIA, et al.,<br><br>Defendants. | No. 2:14-cv-1648-TLN-KJN<br><br><br><br>ORDER |

Presently pending before the court is the United States' motion for default judgment and final judgment of forfeiture. (ECF No. 13.) Any opposition to the motion shall be filed no later than January 22, 2015. Any reply to the opposition, if any, shall be filed no later than February 5, 2015. The United States shall forthwith serve a copy of this order and the underlying motion papers on potential claimants Curtis Phillips and Michelle Davis Phillips by U.S. mail at their last-known addresses.

IT IS SO ORDERED.

Dated: December 29, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1