BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 136 SCONCE WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 263-0327-002-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and<br><br>REAL PROPERTY LOCATED AT 3723 IVY STREET, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 252-0111-007-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　Defendants. | 2:14-CV-01648-TLN-KJN<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　This case, commenced on July 11, 2014, is a civil action *in rem* to forfeit to the United States two defendant real properties allegedly used to facilitate federal drug crimes. (ECF No. 1.)  To date, no claims to the defendant real properties have been filed.  On December 18, 2014, the Clerk of Court entered the default of potential claimants Curtis Phillips and Michelle Davis Phillips.  (ECF No. 12.)

　　　　Presently pending before the court is the United States' motion for default judgment and final judgment of forfeiture, which was filed on December 19, 2014.  (ECF No. 13.)  On December 30,

2014, the court issued an order requiring any opposition to the motion to be filed no later than January 22, 2015.  (ECF No. 16.)  That order was served on potential claimants Curtis Phillips and Michelle Davis Phillips at their last-known address.  (ECF No. 17.)  Although the deadline for filing an opposition has now passed, no opposition or other response to the motion was filed by Curtis Phillips, Michelle Phillips, or any other person.

After carefully considering the United States' motion, as well as the files and records of the court, the court FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed on or about July 11, 2014.

2. The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Curtis Phillips and Michelle Davis Phillips.

3. The United States has shown that a complaint for forfeiture was filed; that potential claimants Curtis Phillips and Michelle Davis Phillips received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1. That Curtis Phillips and Michelle Davis Phillips be held in default;

2. That the United States' motion for default judgment and final judgment of forfeiture (ECF No. 13) be granted;

3. That judgment by default be entered against any right, title, or interest of potential claimants Curtis Phillips and Michelle Davis Phillips in the defendant properties referenced in the above caption; and

4. That a final judgment be entered, forfeiting all right, title, and interest in the defendant properties to the United States, to be disposed of according to law.

Dated:  January 27, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE