UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America , <br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Real Property Located at 136 Sconce Way, et al.,<br><br>　　　　Defendant. | Case No.  2:14-cv-1648 TLN KJN<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Curtis Phillips and Michelle Davis Phillips

Date: February 26, 2015　　　　　　　　　　　MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　　　By: /s/  R. Becknal
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk